### AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE

I, Justin Sprague, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.   I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since December 2013. In this capacity, I routinely investigate violations of federal criminal statutes, to include violations of federal firearms, narcotics and explosive laws, and have specifically investigated violations related to the possession and use of firearms. I know it to be unlawful for

- **18 U.S.C. § 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime - Any person to knowingly possess a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States.**

2.   The facts in this affidavit come from my personal observations, my training and experience, and information obtained from interviews, records and other information obtained from other law enforcement officers, and witnesses. This affidavit is intended merely to show that there is sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter. This affidavit is submitted in support of a complaint for forfeiture for the following property:

   a. American Tactical Imports - ATI M1911 GI Pistol CAL:45 SN:GI115157.
   b. Ruger SR-22 Pistol CAL:22 SN:366-60993.

### PROBABLE CAUSE

3.   On or about August 20, 2019, officers of the Garden City Police Department (GCPD) stopped a Chevy Silverado for traveling at a high rate of speed. The driver, Rigoberto FERREL Jr., who was the sole occupant of the vehicle pulled into the address of 602 Buffalo Jones Avenue, Garden City, Kansas and then fled the vehicle.

4.   FERREL was later determined to have an active arrest warrant.

1

5. The Silverado was towed to a GCPD shop and a search warrant was obtained.

6. During the execution of the search warrant officers found two handguns, an American Tactical M1911 G1, .45 caliber handgun with serial number GI115157 and a Ruger, model SR22, .22 caliber handgun with serial number 366-60993.

7. Officers also found suspected methamphetamine, multiple baggies and a digital scale with suspected methamphetamine residue on it. The suspected methamphetamine field tested positive for methamphetamine.

8. According to law enforcement records during eight prior encounters, Rigoberto FERREL Jr. was stopped in this vehicle.

Justin Sprague
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn to and subscribed before me this 30th day of May, 2023.

Jeanette M. May
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 12/18/2023

NOTARY PUBLIC

2